IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THELMA PATRICIA SMITH | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-00-2774 |
| WILLIAM J. HENDERSON, Postmaster General | * | |
| | * | |
| Defendant | | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER TO SHOW CAUSE

It appearing that plaintiff herein has not effected proper service of process within 120 days of filing of the pleading seeking affirmative relief upon defendant listed above, therefore, it is this 16th day of January, 2001

ORDERED:

1. That pursuant to Local Rule 103.8.a and F.R.Cv.P. 4(m), plaintiff is directed to show cause within 10 days of the date of this Order why the claims should not be dismissed as to defendant **William J. Henderson, Postmaster General,** without prejudice, in this matter. Failure to do so may result in the immediate dismissal of this matter.

2. That the Clerk of Court mail or transmit copies of this Order to plaintiff.

William M. Nickerson
United States District Judge