# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**THELMA PATRICIA SMITH**          :

      Plaintiff          :

    v.              **CIVIL NO. WMN-00-2774**

                :

**WILLIAM J. HENDERSON,**
  Postmaster General
  United States Postal Service          :

                :

      Defendant
      ...oOo...

## ORDER

For the reasons set forth in the foregoing Motion for Enlargement of Time, it is this 31st day of January, 2001,

ORDERED, that the time in which Defendant William J. Henderson, Postmaster General, United States Postal Service must answer or file a responsive pleading be ENLARGED to no later than **February 16, 2001.**

                                                      The Honorable William M. Nickerson
                                                    United States District Judge

